UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARLENE GONZALEZ-POZO,

     Plaintiff,

v.                           Case No.:  2:24-cv-1061-SPC-NPM

ANESE JACQUET and EMPIRE
FIRE AND MARINE INSURANCE
COMPANY,

     Defendants.
_____/

## ORDER

This matter is before the Court after review of the docket.  Plaintiff Marlene Gonzalez-Pozo's attorneys withdrew as counsel of record.  (Docs. 13, 23).  So, to avoid prejudice, the Court granted her more time to file a waiver or return of service as to each defendant.  (Doc. 14).  The Court also directed her to the Guide for Proceeding Without a Lawyer, found on the Court's website. (*Id*.).  Still, she failed to timely file a waiver or return of service.  The Court then ordered her to promptly comply or show cause why this case should not be dismissed for failure to prosecute.   (Doc. 24).   The Court warned that *"[f]ailure to comply with this order may result in dismissal of this action without further notice.*"  (*Id*. (emphasis in original)).  Now, once again, she has failed to respond.  So the Court dismisses this action for failure to prosecute. *See* Local Rule 3.10.

Accordingly, it is now

**ORDERED:**

1. This action is **DISMISSED without prejudice.**

2. The Clerk is **DIRECTED** to deny any pending motions as moot,

   terminate any deadlines, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida on May 12, 2025.


SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE


Copies:  All Parties of Record